■ In the Matter of WILTWYCK SCHOOL FOR BOYS, INC., Appellant, v. LESTER A. PERRY, as Building Inspector of the Town of Yorktown, Respondent. — Motion by the Attorney-General of the State of New York for permission to file a brief as *amicus curiæ*, granted. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THERESE PEARSON, Appellant, v. HERBERT PEARSON, Respondent.— Motion by appellant to extend time to perfect appeal, granted; time extended to the March Term, beginning February 27, 1961; appeal ordered on the calendar for said term. The record and appellant's brief shall be served and filed on or before February 10, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ SKYLARK ENTERPRISES, INC., Appellant, v. AMERICAN CENTRAL INSURANCE Co., Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 10, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ JOSEPH STRENGER, Respondent, v. BETTLEON REALTY CORP. et al., Defendants, and WARBURTON HALL, INC., Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 25, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

## (January 18, 1961)

■ JOSEPH U. FIORE, Appellant, v. PASQUALE AMORUSO et al., Respondents, and FRANK FERRINO et al., Intervenors-Respondents.— Oral motion by appellant to extend time to perfect appeal, granted; time extended to the February Term, beginning January 30, 1961; appeal ordered on the calendar for said term. Oral cross motion by respondent to dismiss appeal, denied. The record and appellant's brief must be served and filed on or before January 26, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ ABE GERCHICK, Appellant, v. BERNARD MOORE et al., Respondents.— Renewed motion by appellant, pursuant to leave granted, to vacate an order of this court dated December 5, 1960, dismissing the appeal, and to extend time to perfect the appeal. Motion granted; order dated December 5, 1960, vacated; appellant's time to perfect appeal extended to the March Term, beginning February 27, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 10, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Accounting of SAMUEL FLASTERSTEIN et al., as Executors of ISIDOR FLASTERSTEIN, Deceased, Respondents. LEE M. T. FLASTERSTEIN, Appellant.— Motion by appellant to discontinue appeal from an order of the Surrogate's Court, Kings County, dated May 13, 1960, granted; appeal discontinued, without costs. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.